UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. MJ09-436 |
| v. | ) | |
| | ) | DETENTION ORDER |
| CRAIG ALLEN GALEY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

Offense charged:

     Bank Fraud

Date of Detention Hearing:  September 1, 2009.

     The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     The United States proffered that in November 2008, defendant's residence was searched. Defendant's girlfriend was arrested at the residence.  Law enforcement found drugs and evidence of ID and bank fraud including numerous fake identifications.  Following the search, law enforcement's attempts to locate defendant were unsuccessful.  This August, based on a tip, law

DETENTION ORDER - 1

enforcement arrested defendant on property owned by his girlfriend's mother. Evidence of ID and bank fraud was found. The United States proffered that defendant allegedly made fake 200 fake ID's and that financial losses have been incurred. Defendant has ties to the area but according to the U.S. Pretrial report, he is not welcomed to reside at his parent's home and has not been employed for many months. Based on the drugs found at defendant's residence, it appears defendant may also have a substance abuse problem. Defendant also has had contacts with law enforcement going back to 1994. He has a history of failing to appear for court appearances and there is an active warrant for his arrest. According to pretrial services, he has failed to appear for court 15 times.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/

/

/

/

1    (4)    The clerk shall direct copies of this order to counsel for the United States, to

2 counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services

3 Officer.

4    DATED this 1st  day of September, 2009.

5                                        s/ BRIAN A. TSUCHIDA
                                         United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3